(79 South. 878)

DAVIDSON v. ROBERTS. (6 Div. 145.) (Court of Appeals of Alabama. May 14, 1918.) Appeal from City Court of Birmingham; John H. Miller, Judge. Erle Pettus, of Birmingham, for appellant. Harsh, Harsh & Harsh, of Birmingham, for appellee.

SAMFORD, J. Affirmed on certificate.

(79 South. 878)

DENHAM v. WEAVER. (8 Div. 560.) (Court of Appeals of Alabama. May 16, 1918.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge. Wm. C. Rayburn, of Guntersville, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(79 South. 878)

DRENNEN MOTOR CAR CO. v. HAYDEN. (6 Div. 478.) (Court of Appeals of Alabama. May 14, 1918.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. James Barton, of Birmingham, for appellee.

SAMFORD, J. Appeal dismissed on motion of appellee.

(79 South. 878)

FUQUA v. SOUTHERN RY. CO. (6 Div. 436.) (Court of Appeals of Alabama. May 7, 1918.) Appeal from Circuit Court, Jefferson County; John H. Miller, Judge. Action by R. L. Fuqua against the Southern Railway Company. From judgment for defendant, plaintiff appeals. Reversed and remanded. Allen, Bell & Sadler, of Birmingham, for appellant. Stokely, Scrivner & Dominick, of Birmingham, for appellee.

BRICKEN, J. Reversed and remanded, on authority of Fuqua v. Southern Railway Co., 201 Ala. 164, 77 South. 690. Reversed and remanded.

(79 South. 878)

GLOVER v. STATE. (6 Div. 495.) (Court of Appeals of Alabama. May 7, 1918.) Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge. F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. The appeal is on the record, which seems to be in all things regular. Affirmed.

(79 South. 878)

JOHNSON v. STATE. (6 Div. 382.) (Court of Appeals of Alabama. May 26, 1918.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. Daisy Johnson was convicted of violating the prohibition law, and she appeals. Affirmed. F. D. McArthur, of Birmingham, for appellant. F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. The defendant was convicted of violating the prohibition law, and appeals on the record, without a bill of exceptions. We have examined the record, and find no error therein. Affirmed.

(79 South. 878)

KING v. STATE. (6 Div. 459.) (Court of Appeals of Alabama. May 14, 1918.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion of Attorney General.

(79 South. 878)

MAYFIELD v. SMOTHERS. (6 Div. 511.) (Court of Appeals of Alabama. May 7, 1918.) Appeal from Circuit Court, Fayette County; H. B. Foster, Judge.

BROWN, P. J. The appeal is upon the record, and no error appears. Affirmed.

(79 South. 878)

MORGAN v. STATE. (3 Div. 324.) (Court of Appeals of Alabama. May 14, 1918.) Appeal from Circuit Court, Montgomery County; A. B. Foster, Judge. F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. No bill of exceptions, and no error of record. Affirmed.

(79 South. 878)

PARKER v. STATE. (7 Div. 542.) (Court of Appeals of Alabama. June 4, 1918.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge. Culli & Martin, of Gadsden, for appellant. F. Loyd Tate, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.

(79 South. 878)

REPUBLIC IRON & STEEL CO. v. McMILLAN. (6 Div. 516.) (Court of Appeals of Alabama. May 28, 1918.) Appeal from Circuit Court, Jefferson County; John H. Miller, Judge. Percy, Benners & Burr, of Birmingham, for appellant. Altman & Edmondson, of Birmingham, for appellee.

BROWN, P. J. Appeal dismissed by agreement.

(79 South. 878)

SEAY et al. v. CARRUTHERS-IRWIN SHOE CO. (6 Div. 513.) (Court of Appeals of Alabama. May 7, 1918.) Appeal from Circuit Court, Lamar County; H. B. Foster, Judge. E. B. & K. V. Fite, of Hamilton, for appellee.

BRICKEN, J. Affirmed on certificate.

(79 South. 878)

SHAW et al. v. CRADDOCK TERRY SHOE CO. (5 Div. 284.) (Court of Appeals of Alabama. May 14, 1918.) Appeal from Circuit Court, Chilton County; Leon McCord, Judge. J. B. Atkinson, of Clanton, for appellants. F. B. Collier, of Clanton, for appellee.

BROWN, P. J. Affirmed on certificate.

(79 South. 879)

SHEFFIELD v. McCRICKARD. (7 Div. 519.) (Court of Appeals of Alabama. May 30, 1918.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(79 South. 879)

SMITH v. STATE. (6 Div. 488.) (Court of Appeals of Alabama. May 7, 1918.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. Affirmed on the record.